WILLIAM PALMATIER, as Substituted Trustee, etc., Plaintiff, Respondent; ADDISON P. JONES, as Substituted Trustee, etc., Defendant, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

In the Matter of the Petition of JAMES P. PHILIP, Respondent, Appellant, for a Resale, etc., of Mortgaged Premises under Judgment of Foreclosure in the Action of WILLIAM PALMATIER, as Substituted Trustee, etc., Plaintiff, v. THE CATSKILL MOUNTAIN RAILWAY COMPANY and Others, Defendants. (No. 2.) WILLIAM PALMATIER, as Substituted Trustee, etc., Plaintiff, Appellant, Respondent; ADDISON P. JONES, as Substituted Trustee, etc., Defendant, Appellant, Respondent.—Order affirmed, with ten dollars costs and disbursements. All concurred, except Kellogg, P. J., and Cochrane, J., who dissented.

In the Matter of the Application of JAMES P. PHILIP, Appellant, to Read Additional Affidavits on His Motion for an Extension of Time, etc., on the Sale of Mortgaged Premises under Judgment of Foreclosure in the Action of WILLIAM PALMATIER, as Substituted Trustee, etc., Plaintiff, v. THE CATSKILL MOUNTAIN RAILWAY COMPANY and Others, Defendants. (No. 3.) WILLIAM PALMATIER, as Substituted Trustee, etc., Plaintiff, Respondent; ADDISON P. JONES, as Substituted Trustee, etc., Defendant, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

In the Matter of the Petition of JAMES P. PHILIP, Appellant, to Vacate a Judgment of Foreclosure Entered in an Action in this Court Entitled WILLIAM PALMATIER, as Substituted Trustee for the Benefit of the Holders of First Income Bonds Secured by a Certain Mortgage Executed by the CATSKILL MOUNTAIN RAILWAY COMPANY, Plaintiff, v. THE CATSKILL MOUNTAIN RAILWAY COMPANY and Others, Defendants. (No. 4.) WILLIAM PALMATIER, as Substituted Trustee, etc., Plaintiff, Respondent; ADDISON P. JONES, as Substituted Trustee, etc., Defendant, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

In the Matter of the Claim of GEORGE R. WINTERS, Respondent, for Compensation under the Workmen's Compensation Law, v. WELLS BROS. COMPANY, Employer, and LONDON GUARANTEE AND ACCIDENT COMPANY, Insurance Carrier, Appellants.— Award reversed and matter remitted to the Commission on the authority of *Matter of Grammici* v. *Zinn* (219 N. Y. 322) and *Matter of Kanzar* v. *Acorn Mfg. Co.* (Id. 326), recently decided by the Court of Appeals. All concurred.

In the Matter of the Claim of THOMAS MARTIN, Respondent, v. ROFF UNDERWEAR COMPANY, Employer, and THE TRAVELERS' INSURANCE COMPANY OF HARTFORD, CONNECTICUT, Insurance Carrier, Appellants. — Award reversed and matter remitted to the Commission on the authority of *Matter of Grammici* v. *Zinn* (219 N. Y. 322) and *Matter of Kanzar* v. *Acorn Mfg. Co.* (Id. 326), recently decided by the Court of Appeals. All concurred.

In the Matter of the Claim of EARL E. PECK for Compensation under the Workmen's Compensation Law, Respondent, v. ONONDAGA PAPER